EMT

RECEIVED
MAR 10 2011

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Carmen C Jackson
_____

(Name of the plaintiff or plaintiffs)

v.

Cook County Clerks Office
_____

(Name of the defendant or defendants)

CIVIL ACTION

N  1:11-cv-01681
Judge Robert M. Dow, Jr
Magistrate Judge Jeffrey T. Gilbert

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __resident__ of the county of __Cook__ in the state of __Illinois__.
3. The defendant is __County of Cook__, whose street address is __64 W. Washington__,
(city) __Chgo__ (county) __Cook__ (state) __IL__ (ZIP) __60602__
(Defendant's telephone number) (___) - _____

II The plaintiff sought employment or was employed by the defendant at (street address)
__118 N. Clark__ (city) __Chgo__
(county) __Cook__ (state) __IL__ (ZIP code) __60602__

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) __Dec__, (day) __18__, (year) __2008__.

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

   (ii) ☒ the Illinois Department of Human Rights, on or about (month) 07 (day) 24 (year) 2009.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☒ YES ☒ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year) _____
    ☐ No, did not file Complaint of Employment Discrimination

  2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

  c. Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

  (ii) Final Agency Decision
    ☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) March (day) 1 (year) 2011 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

 (a) ☐ Age (Age Discrimination Employment Act).
 (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
 (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
 (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
 (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
 (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
 (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant *[check only those that apply]*

 (a) ☐ failed to hire the plaintiff.
 (b) ☒ terminated the plaintiff's employment.
 (c) ☐ failed to promote the plaintiff.
 (d) ☐ failed to reasonably accommodate the plaintiff's religion.
 (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
 (f) ☒ failed to stop harassment;
 (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
 (h) ☐ other (specify):_____

_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    _please see issue basis of the IDHR discrimination_

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☒ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ Direct the defendant to (specify): _____

    (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

    (h) ☒ Grant such other relief as the Court may find appropriate.

_Carmen C Jackson_
Plaintiff's signature

_Carmen C. Jackson_ ~~315 W _____ St~~
Plaintiff's name ~~_____ 60604-3420~~

Plaintiff's street address  315 W. Swann St

City Chicago  State Ill  ZIP 60609-3920

Plaintiff's telephone number  312-914-6667

Date: March 10, 2011

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#  | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (Indicate Mr. Ms. Mrs.)<br>Mrs. Carmen Carlez Jackson | TELEPHONE NUMBER (include area code)<br>(773) 924-1164 | |
|---|---|---|
| STREET ADDRESS<br>315 W Swann Street | CITY, STATE AND ZIP CODE<br>Chicago IL 60609 | DATE OF BIRTH<br>03/29/1965<br>M D YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>Cook County Clerk's Office | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE (Include area code)<br>(312) 603-0994 | |
|---|---|---|---|
| STREET ADDRESS<br>69 West Washington | CITY, STATE AND ZIP CODE<br>Chicago IL 60601 | | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>Retaliation | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**SEE ATTACHED**

Page 1 of

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 22nd DAY OF February, 2010<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>KRYSTAL ROGERS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/16/10<br>NOTARY STAMP | (X) Carmen Jackson  2/22/2010<br>SIGNATURE OF COMPLAINANT  DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 2/09-INT)

Jackson and Cook County Clerk's Office 2010 CA 0299

III. A. Issue/Basis

Retaliation – December 23, 2008 through July 21, 2009 because of opposing unlawful discrimination by cooperating with and giving evidence to my employer.

B. Prima Facie Allegations

1. On December 18, 2008, I was employed by the Respondent.

2. On December 18, 2008, I overheard a coworker make a comment about a supervisor's sexual orientation.

3. Later that day, I spoke with Human Relations and gave evidence at a hearing concerning the coworker who made the comment.

4. From December 23, 2008 through July 21, 2009, I was harassed by Lasahwn Styles, the coworker. I reported the harassment to HR and other supervisors but nothing was done and the harassment continued.

5. On or about July 29, 2009, I was terminated because I complained about the harassment.

6. The conduct created a hostile and offensive work environment that substantially interfered with my ability to perform the job.

See Crawford v. Nashville , No. 06-1595 US Supreme Court 2008-2009



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
5067 4861

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

March 1, 2011

Mrs. Carmen Carlez Jackson
315 W. Swann Street
Chicago, IL 60609-3920

Re: EEOC Charge Against Cook County Clerk's Office
    No. 21B201001192

Dear Mrs. Jackson:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

The investigative file pertaining to your case is located in the EEOC Chicago District Office, Chicago, IL.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by Karen J. Ferguson

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Chicago District Office, EEOC
    Cook County Clerk's Office